### PETERS V. ROSSETER.

A decree in chancery, without finding the facts that warrant it is erroneous.

ERROR to reverse a decree in chancery of the County Court in a petition Rosseter v. Peters; wherein the County Court decreed a certain lease to be void, without finding any facts to warrant such a decree; which is assigned for error; and the judgment was reversed on that ground. The case of Horsford v. Alsop determined in the Supreme Court of Errors in June A. D. 1788 is a decision directly in point.

### DOWNER V. LOTHROP.

After the plaintiff has produced his book upon oyer, he may not alter it, so as to surprise the defendant on the trial.

ACTION of debt by book. Issue to jury. Determined by the court — That the plaintiff after he has produced his book upon oyer, may not make any additions or alterations thereby to surprise the defendant upon the trial.